IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EUGENE B. SMITH,
      Petitioner,

vs.                                Case No.  3:14cv119/LAC/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
      Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 3, 2014 (doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     Respondent's motion to dismiss (doc. 11) is **GRANTED**.

      3.     The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

      4.     A certificate of appealability is **DENIED**.

      **DONE AND ORDERED** this 9th day of December, 2014.


                         s/_L. A. Collier_____
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**